IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 3:04cv1124-WKW |
| | ) | [WO] |
| STEVEN WAYNE GOODRICH | ) | |

**ORDER ON MOTION**

On April 17, 2006 (Doc. # 20), the movant, Steven Wayne Goodrich, filed a pleading styled as a "Motion for Leave of the Court for Discovery and Production of Documents Pursuant to Rule 6(a) & (b) Governing 28 U.S.C. § 2255 Proceedings." Upon review of this motion, and for good cause, it is

ORDERED that:

1. The motion is GRANTED to the extent that Goodrich seeks copies of any letters written by him to attorney Malcolm Newman in which Goodrich requests that Newman obtain copies of the statement made by codefendant Mark Turner to Assistant United States Attorney Tommie Hardwick, DEA Agents David Taylor and David DeJohns, and Debra Hollis.

2. The motion is DENIED at this time with respect to Goodrich's remaining requests for discovery and production of documents.

3. On or before May 2, 2006, attorney Malcolm Newman shall provide Goodrich with copies of any letters written to him by Goodrich with respect to the matters referenced above. If any of the requested letters are not within Mr. Newman's custody or control, Mr. Newman

shall so inform the court and Goodrich.

The Clerk of the Court is DIRECTED to serve a copy of this order on Malcolm Newman.

Done this 21st day of April, 2006.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE