IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Case No.  3:04-cv-1124-WKW |
| ) | |
| STEVEN WAYNE GOODRICH  ) | |

## **ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 30) in this case to which timely objections have been made.  Goodrich made four objections; however, the court need only address the second objection.  Goodrich objects to the Recommendation in that it failed to address his claim that Newman was ineffective for failure to file a motion to sever in order to obtain the testimony of co-defendant Mark Turner regarding Turner's April 4, 2002 statement.  This claim is meritless because Goodrich failed to show that his co-defendant would have actually testified at a separate trial.  Thus, he has failed to demonstrate the prejudice necessary to succeed on a *Strickland* claim.[1]

Upon an independent and *de novo* review of the file in this case and upon consideration of the objection of the defendant and the Recommendation of the Magistrate Judge, it is ORDERED that

1. The objection (Doc. # 33) is OVERRULED;

2. The Recommendation (Doc. # 30) is ADOPTED;

3. The Motion to Vacate, Set Aside, or Correct Sentence (Doc. # 1) is DENIED; and

---

[1] *Strickland v. Washington*, 466 U.S. 668 (1984).

4.  This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this 11th day of May, 2007.

          /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE